# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MELISSA BONNER<br>SSAN: XXX-XX-7061<br><br><br><br><br>_____ Debtor(s) | Case No. 17-31496-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on May 26, 2017.

2. The debtor(s) §341 Meeting of Creditors was held July 06, 2017.

3. The debtor(s) overall pay record is 50%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The plan is not feasible and payments need to be raised to $481.00 monthly to be feasible.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) The specified payment for the claim of Global Lending is insuffucient to pay the claim in five years.

(**X**) Debtor was to amend Schedule I to reflect her actual income.

(**X**) Debtor took a $555.00 deduction on Schedule J for a car that is being paid as secured through the plan.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this July 31, 2017.

                                  Sabrina L. McKinney
                                  Chapter 13 Standing Trustee

By: /s/*Audrey L. Willis*
     Audrey L. Willis
     Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  July 31, 2017.

Copy to: DEBTOR(S)
           RICHARD D SHINBAUM

/s/*Audrey L. Willis*
Audrey L. Willis
Staff Attorney